UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ONJAY MOSTAFA RABBANI,<br><br>    Defendant. | NO. CR-06-962-RHW<br><br>**ORDER GRANTING MOTION TO DISMISS** |

    Before the Court is the Government's Motion to Dismiss Counts 1 and 2 of the Indictment Pursuant to Plea Agreement (Ct. Rec. 63). The Government seeks to rectify its failure to dismiss these two counts at the sentencing hearing held in this matter.

    Accordingly, **IT IS HEREBY ORDERED** that counts one and two of the indictment in the above-captioned matter are **dismissed with prejudice**.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

    **DATED** this 17th day of December, 2008.

                              *s/ Robert H. Whaley*

                              ROBERT H. WHALEY
                              United States District Judge

Q:\Los Angeles Cases\Rabbani\grant.dismiss.ord.wpd

**ORDER GRANTING MOTION TO DISMISS** * 1